# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lance C Wells, | NO. CV-23-00001-TUC-RM (BGM) |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Maplebear Incorporated, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 21, 2023, the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 21, 2023

By   s/ Jennifer A. McCarthy
     Deputy Clerk