# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lance C Wells,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Maplebear Incorporated,<br><br>　　　　　Defendant. | **NO. CV-23-00001-TUC-RM (BGM)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 21, 2023, Plaintiff's Claim One under the First Amendment is dismissed with prejudice, and that Plaintiff's Claim Two under the Civil Rights Act of 1964 is dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 13, 2024

　　　　　　　　　　　　　　　　　　　s/ S. Araiza
　　　　　　　　　　　　　　By　　　Deputy Clerk